JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 168973)
Chief, Criminal Division

KIRSTIN M. AULT (CABN 206052)
Assistant United States Attorney

    450 Golden Gate Ave., Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6940
    Facsimile: (415) 436-7234
    E-mail: kirstin.ault@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.   CR 08-00658 PJH |
|     Plaintiff, | ) ) | [~~PROPOSED~~] ORDER AND STIPULATION EXCLUDING TIME FROM APRIL 8, 2009, TO MAY 13, 2009, FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(7)(A)) |
|     v. | ) ) | |
| ROBERT ERIC ELLIS and MILLARD CHAMBERS, | ) ) ) | |
|     Defendants. | ) ) | |

On April 8, 2009, the parties appeared before the Court for a hearing on motions and further status. At that appearance, defendants Ellis and Chambers were represented by substitute counsel as both of their attorneys were in trial in other courtrooms. The substitute attorneys represented that counsel for Ellis and Chambers anticipated being in trial through early May and at least mid-June, respectively, and requested a continuance of the hearing so that counsel could be present and could have time to consult with their clients regarding the progress of the case before the next hearing. Substitute counsel for defendant Ellis requested a date in May for change of plea, and substitute counsel for defendant Chambers requested a date in June for

1  change of plea or trial setting.  The Court set both matters for May 13, 2009, ordering Ellis to
2  appear at 2:30 p.m. for change of plea and Chambers to appear at 1:30 p.m. for a status
3  conference.
4       With the agreement of the parties, and with the consent of the defendants, the Court
5  enters this order documenting the exclusion of time under the Speedy Trial Act from April 8,
6  2009, through May 13, 2009, for continuity of defense counsel, under 18 U.S.C. § 3161(h)(7)(A).
7       The parties agree, and the Court finds and holds, as follows:
8       1. Defendant Ellis is out of custody.  Defendants Chambers is in custody.
9       2. The defendants agree to an exclusion of time under the Speedy Trial Act from April 9,
10 2009, through May 13, 2009, based upon the unavailability of defense counsel during this time
11 period.
12      3. Counsel for the defendants believe that the exclusion of time is in their clients' best
13 interest.
14      4. Given these circumstances, the Court finds that the ends of justice served by excluding
15 the period from April 9, 2009, through May 13, 2009, outweigh the best interest of the public
16 and the defendants in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).
17      5. Accordingly, and with the consent of the defendants, the Court orders that (1) an
18 appearance shall be set for defendant Chambers on May 13, at 1:30 p.m., before the Honorable
19 Phyllis J. Hamilton for further status; (2) an appearance shall be set for defendant Ellis on May
20 13, at 2:30 p.m., before the Honorable Phyllis J. Hamilton for change of plea, and (3) the
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

STIPULATION RE: SPEEDY TRIAL ACT
CR 08-00658 PJH                 2

1  period from April 8, 2009, through May 13, 2009, shall be excluded from Speedy Trial Act
2  calculations under 18 U.S.C. §3161 (h)(7)(A).
3  STIPULATED:
4
5  DATED:___4/9/09_____          _____/s/_____
                                    DOUGLAS RAPPAPORT
6                                   Attorney for Defendant Chambers
7
8  DATED:____4/9/09_____         _____/s/_____
                                    DARRYL STALLWORTH
9                                   Attorney for Defendant Ellis
10
11
12 DATED:___4/9/09_____          _____/s/_____
                                    KIRSTIN M. AULT
13                                  Assistant United States Attorney
14
15
   IT IS SO ORDERED.
16
17 DATED:_____           _____
                                    PHYLLIS J. HAMILTON
18                                  United States District Judge
19
20
21
22
23
24
25
26
27
28

S<span>TIPULATION RE</span>: S<span>PEEDY</span> T<span>RIAL</span> A<span>CT</span>
CR 08-00658 PJH                          3

1 | period from April 8, 2009, through May 13, 2009, shall be excluded from Speedy Trial Act
2 | calculations under 18 U.S.C. §3161 (h)(7)(A).
3 | STIPULATED:
4 |
5 | DATED: 4·9·09
6 | _____
    DOUGLAS RAPPAPORT
    Attorney for Defendant Chambers
7 |
8 | DATED:_____
9 | _____
    DARRYL STALLWORTH
    Attorney for Defendant Ellis
10 |
11 |
12 | DATED:_____
13 | _____
    KIRSTIN M. AULT
    Assistant United States Attorney
14 |
15 | IT IS SO ORDERED.
16 |
17 | DATED:_____
18 | _____
    PHYLLIS J. HAMILTON
    United States District Judge

STIPULATION RE: SPEEDY TRIAL ACT
CR 08-00658 PJH                                3

1  period from April 8, 2009, through May 13, 2009, shall be excluded from Speedy Trial Act
2  calculations under 18 U.S.C. §3161 (h)(7)(A).
3  STIPULATED:
4
5  DATED:_____   DOUGLAS RAPPAPORT
6                     Attorney for Defendant Chambers
7
8  DATED: 4-9-09      DARRYL STALLWORTH
9                     Attorney for Defendant Ellis
10
11
12 DATED:_____   KIRSTIN M. AULT
13                    Assistant United States Attorney
14
15 IT IS SO ORDERED.
16
17 DATED: 4/13/09     PHYLLIS J. HAMILTON
18                   United States District Judge
19                   *IT IS SO ORDERED*
20                   *Judge Phyllis J. Hamilton*
21
22
23
24
25
26
27
28

STIPULATION RE: SPEEDY TRIAL ACT
CR 08-00658 PJH                    3