JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 168973)
Chief, Criminal Division

KIRSTIN M. AULT (CABN 206052)
Assistant United States Attorney

    450 Golden Gate Ave., Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6940
    Facsimile: (415) 436-7234
    E-mail: kirstin.ault@usdoj.gov

Attorneys for United States of America

**E-FILED**

**CHAMBER'S COPY**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br> v. <br> MILLARD CHAMBERS, <br>     Defendant. | No. CR 08-00658 PJH <br><br> [PROPOSED] ORDER AND STIPULATION EXCLUDING TIME FROM JANUARY 13, 2010, TO JUNE 7, 2010, FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(7)(A)) |

    On January 13, 2010, the parties appeared before the Court for a trial setting conference. At that hearing, counsel for the defendant, who had been appointed to the case in November of 2009, requested additional time to review discovery, conduct additional investigation and prepare for trial. Defense counsel requested that time be excluded under the Speedy Trial Act due to the need for effective preparation of counsel. The Court set a trial date of June 7, 2010, a pre-trial conference date of May 26, 2010, and a motions setting conference for February 10, 2010. The Court ordered the exclusion of time from January 13, 2010 through June 7, 2010, for effective preparation of defense counsel.

    With the agreement of the parties, and with the consent of the defendant, the Court enters

this order documenting the exclusion of time under the Speedy Trial Act from January 13, 2010, through June 7, 2010, for effective preparation of defense counsel, under 18 U.S.C. § 3161(h)(7)(A).

The parties agree, and the Court finds and holds, as follows:

1. Defendants Chambers is in custody.

2. The defendant agrees to the exclusions of time under the Speedy Trial Act from January 13, 2010, through June 7, 2010, based upon the need for effective preparation of defense counsel.

3. Counsel for the defendant believes that the exclusion of time is in his client's best interest.

4. Given these circumstances, the Court finds that the ends of justice served by excluding the period from January 13, 2010, through June 7, 2010, outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

5. Accordingly, and with the consent of the defendant, the Court orders that (1) a motions setting conference shall be set on February 10, 2010, at 1:30 p.m.; (2) a pre-trial conference shall be set on May 26, 2010, at 1:30 p.m.; (3) trial shall commence on June 7, 2010; and (4) the period from January 13, 2010, through June 7, 2010, shall be excluded from Speedy Trial Act calculations under 18 U.S.C. §3161 (h)(7)(A).

STIPULATED:

DATED: 1/14/10

RICHARD TAMOR
Attorney for Defendant Chambers

DATED: 1/19/10

KIRSTIN M. AULT
Assistant United States Attorney

IT IS SO ORDERED.

DATED: 1/19/10

PHYLLIS J. HAMILTON
United States District Judge

STIPULATION RE: SPEEDY TRIAL ACT
CR 08-00658 PJH                    2