UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MILLARD P. CHAMBERS,<br><br>Defendant. | Case No. 08-cr-00658-PJH-4<br><br>**ORDER SETTING BRIEFING SCHEDULE FOR MOTION FOR COMPASSIONATE RELEASE**<br><br>Re: Dkt. Nos. 404, 407 |

Before the court is the represented motion of defendant Millard P. Chambers for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(1)(A), as amended by the First Step Act, Pub. L. No. 115-391, 132 Stat. 5194 (Dec. 21, 2018).  The court sets briefing deadlines on defendant's motion as follows: the government shall file an opposition, stipulation or status report by October 4, 2021; the Probation Office is directed to submit a response to defendant's motion by October 4, 2021; if the motion is opposed, counsel for defendant may file a reply brief seven days after the opposition is filed. The motion will thereafter be decided on the papers.

**IT IS SO ORDERED.**

Dated:  September 20, 2021

                                              /s/ *Phyllis J. Hamilton*
                                              PHYLLIS J. HAMILTON
                                              United States District Judge